UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPREME COURT STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 19-cv-04543-JST<br><br>**ORDER OF DISMISSAL** |

On August 5, 2019, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. §§ 1981, 1983. ECF No. 1. That same, the Court informed Plaintiff that this action was deficient because he had not paid the $400 filing fee or submitted a complete *in forma pauperis* application. ECF No. 2. Plaintiff was instructed to respond by September 12, 2019. ECF No. 2. The deadline has passed, and plaintiff has neither paid the filing fee nor submitted a completed *in forma pauperis* application. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain a complete *in forma pauperis* application, i.e., an application with the required certified copy of the plaintiff's inmate trust account statement for the last six months. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 17, 2019

_____
JON S. TIGAR
United States District Judge